IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHAKARA LAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 17-0225-WS-B |
| | ) |
| CREDIT CONTROL SERVICES, INC., | ) |
| d/b/a CREDIT COLLECTION SERVICES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On this date, the parties jointly filed a Notice of Settlement (doc. 40), reflecting that they have reached an agreement in principle to compromise and settle this matter in its entirety. In light of this development, it is **ORDERED** that this action be **DISMISSED** from the active docket of the Court, **with prejudice**, provided that any party may move to reinstate the action within **30 days** after the date of entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated in the interim.

No other order shall be forthcoming from the Court except upon application by any party for final judgment, as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party is to bear her or its own costs, unless otherwise agreed by the parties.

DONE and ORDERED this 31st day of May, 2018.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE